**Below is the Order of the Court.**

_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>GLOBAL BARISTAS US, LLC,<br><br>    Debtors. | NO. 18-14095-TWD |
| NANCY JAMES, TRUSTEE for the BANKRUPTCY ESTATE OF GLOBAL BARISTAS US, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. AVENATTI,<br><br>    Defendant. | ADVERSARY NO. 19-01047-TWD<br><br>EX PARTE ORDER OF DEFAULT ~~AND JUDGMENT AVOIDING THE APRIL 21, 2017 ASSIGNMENT OF ALL DEBTOR'S RIGHTS ASSOCIATED WITH KING COUNTY SUPERIOR COURT CASE NUMBER 15-2-27043-5SEA TO MICHAEL J. AVENATTI~~<br><br>✓**Clerk's Action Required** |

## I. ORDER

It is so ORDERED that Defendant Michael J. Avenatti has failed to appear or defend and is therefore in default pursuant to BR 7055 incorporating Fed. R. Civ. P. 55(a). The Plaintiff may submit a separate default judgment.

ORDER OF DEFAULT AGAINST DEFENDANT MICHAEL J. AVENATTI - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6846831.2

1    ~~It is further ORDERED that Judgment is entered avoiding the April 21, 2017~~
2    ~~assignment attached as Appendix A to the Complaint comprising an assignment of all Debtor's~~
3    ~~rights, claims, defenses, appellate rights, rights to fees, compensation, potential judgments, and~~
4    ~~or causes of action associated with King County Superior Court case number 15-2-27043-~~
5    ~~5SEA to Michael J. Avenatti. The transfer to Mr. Avenatti is hereby avoided and preserved for~~
6    ~~the benefit of the estate.~~

/// End of Order ///

Presented by:

/s/ Scott Henrie, WSBA #12673
Scott Henrie, WSBA #12673
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
Email: shenrie@williamskastner.com

*Special Litigation Counsel for Plaintiff*
*Chapter 7 Trustee Nancy L. James*

ORDER OF DEFAULT AGAINST DEFENDANT MICHAEL J. AVENATTI - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6846831.2